AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | EDPA, 601 MARKET ST., RM. 2609, PHILA., PA 19106 |

| DOCKET NO. | DATE FILED |
|---|---|
| 14-6404 | 11/5/2014 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MALIBU MEDIA, LLC<br>409 W. OLYMPIC BLVD., STE. 501<br>LOS ANGELES, CA 90015 | JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.165.0.233 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE EXHIBIT B ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Copyrights-In-Suit for IP Address 67.165.0.233

ISP: Comcast Cable
Location: Furlong, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/03/2014 |
| Enjoy My Backdoor | PA0001904149 | 06/13/2014 | 06/19/2014 | 08/03/2014 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 07/19/2014 |
| Fun For Three | PA0001914731 | 09/19/2014 | 09/22/2014 | 09/20/2014 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 07/13/2014 |
| Hot Bath For Two | PA0001914734 | 09/20/2014 | 09/22/2014 | 09/21/2014 |
| Our Little Cum Cottage | PA0001914537 | 09/05/2014 | 09/17/2014 | 09/07/2014 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 08/25/2014 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 07/13/2014 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 07/16/2014 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 09/25/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 07/11/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 07/06/2014 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 08/31/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 07/16/2014 |

Total Malibu Media, LLC Copyrights Infringed: 15

EXHIBIT B

EPA439